UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY PAUL PHILLIPS-DONOVAN,

    Defendant.
_____/

Case No. 2:04-cr-16
HON. GORDON J. QUIST

## ORDER OF DETENTION

Defendant appeared before the undersigned on September 14, 2006, for an initial appearance on a warrant of arrest and petition alleging violations of his terms of supervised release. Defendant requested additional time to consider the matters of a preliminary hearing and/or revocation hearing. A hearing has been scheduled before the undersigned on September 25, 2006, at 1:30 p.m. Based on the allegations contained in the petition for offender under supervision,

IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated: September 14, 2006